# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **JUAN CARLOS ANDRES GASPAR,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **FIELD OFFICE DIRECTOR, EL PASO** | § | No.  **3:26-CV-00014-LS** |
| **FIELD OFFICE ICE-ERO; KRISTI** | § | |
| **NOEM, SECRETARY, U.S.** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; PAMELA BONDI, U.S.** | § | |
| **ATTORNEY GENERAL; EXECUTIVE** | § | |
| **OFFICE FOR IMMIGRATION** | § | |
| **REVIEW; WARDEN OF THE ERO EL** | § | |
| **PASO EAST MONTANA; and U.S.** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER FOR SERVICE

Petitioner Juan Carlos Andres Gaspar challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

Respondents shall show cause by **January 28, 2026**, why the Court should not grant the

relief Petitioner seeks by filing an answer or other responsive pleading.

     **SO ORDERED**.

     **SIGNED** and **ENTERED** on January 8, 2026.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**