# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| JUAN CARLOS ANDRES GASPAR,<br><br>*Petitioner*,<br><br>v.<br><br>FIELD OFFICE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; WARDEN OF ERO EL PASO CAMP EAST MONTANA DETENTION CENTER; AND U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>*Respondents*. | No.  3:26-CV-00014-LS |

## ORDER DISMISSING CASE

Upon consideration of Petitioner Juan Carlos Andres Gaspar's motion for voluntary dismissal,[1] the Court grants the motion [ECF No. 7] and dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 16, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 7.